*Joseph Burger et al.* v. *Samuel I. Tobias et al.* S. B. H. JUDAH, for complainants; R. B. KIMBALL, for defendants. Decided that the examinations of defendants on oath, before a master, are evidence against them, although they have refused to sign such examinations. That it is to be presumed, examinations taken down before a sworn officer of the court, in the discharge of his duty, are taken down correctly; until the contrary is shown.

Examinations of parties taken before a master.

Decree of the vice chancellor as to Newstadt affirmed with costs. The part of the decree appealed from by defendant Tobias also affirmed with costs.